IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDREW BRACKEN** | : | **CIVIL ACTION** |
| v. | : | **NO. 18-4703** |
| **DOLGENCORP, LLC,** *et al.* | : | |

## ORDER

**AND NOW**, this 29th day of November 2018, upon considering Plaintiff's Motion to remand (ECF Doc. No. 6), Defendants' Response (ECF Doc. No. 8), and for reasons in the accompanying Memorandum, it is **ORDERED:**

1. Plaintiff's Motion (ECF Doc. No. 6) is **GRANTED;** and,

2. The Clerk of Court shall forthwith **remand** this case to the Prothonotary of the Court of Common Pleas of Philadelphia County and **close** this case in this District.

_____
KEARNEY, J.